```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20663
   MICHAEL A HENDRIX
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-7728


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/05/2007 and was not confirmed.

     The case was dismissed without confirmation 02/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------

AMERICA SERVICING COMPAN NOTICE ONLY    NOT FILED            .00          .00
CITIBANK                 CURRENT MORTG        .00            .00          .00
CITIBANK                 MORTGAGE ARRE   16000.00            .00          .00
FREEDMAN ANSELO & LINDBE NOTICE ONLY    NOT FILED            .00          .00
CITIBANK                 CURRENT MORTG        .00            .00          .00
CITIBANK                 MORTGAGE ARRE    6000.00            .00          .00
POPULAR MORTGAGE SERVICI CURRENT MORTG        .00            .00          .00
AMERICAS SERVICING COMPA CURRENT MORTG        .00            .00          .00
AMERICAS SERVICING COMPA SECURED NOT I  22024.07            .00          .00
POPULAR MORTGAGE SERVICI MORTGAGE ARRE    6000.00            .00          .00
ILLINOIS DEPT OF REVENUE PRIORITY         396.60            .00          .00
ILLINOIS DEPT OF REVENUE UNSECURED        406.50            .00          .00
THOMAS W DREXLER         DEBTOR ATTY         .00                          .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                      ---------------     ---------------
TOTALS                     .00                    .00



              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 20663 MICHAEL A HENDRIX
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 05/23/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

```
                                        PAGE   2
         CASE NO. 07 B 20663 MICHAEL A HENDRIX
```